```
         FILED          RECEIVED
  ✓      ENTERED        SERVED ON
         COUNSEL/PARTIES OF RECORD

         NOV - 1 2022

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
  BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MELODY KIRKPATRICK,

    Defendants.

3:22-cr-00033-MMD-CLB

**ORDER FOR RELEASE**

On October 7, 2022, this Court held a hearing ordering that the Defendant be released from custody once a bed becomes available at the New Frontier Treatment Center (ECF No. 61).

On October 31, 2022, the Court was advised by Pretrial Services Officer Misty Sanchez that a bed will be available for the Defendant on November 3, 2022.

THEREFORE, the Court finds that Melody Kirkpatrick shall be released from custody at the Washoe County Detention Center on **Thursday, November 3, 2022,** at **9:00 a.m.**, to the custody of her mother, Shirley Sears, for immediate transport to the New Frontier Treatment Center.

**IT IS SO ORDERED.**

DATED:   November 1, 2022

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE