1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELODY KIRKPATRICK,<br><br>Defendant. | Case No. 3:22-cr-00033-JAD-NJK<br>Order Granting<br>**Unopposed Motion to Modify Conditions of Release** |
|---|---|

The defendant, Melody Kirkpatrick, by and through her counsel of record, Rebecca Levy, Assistant Federal Public Defender, respectfully this Honorable Court modify Mr. Kirkpatrick's release (which prohibits travel outside of Nevada) and allow her to temporarily visit California from June 2, 2025 through June 6, 2025. The government and pretrial are in agreement with this request.

DATED: May 27, 2025.

                        RENE L. VALLADARES
                        Federal Public Defender

                By:  */s/ Rebecca A. Levy*
                        REBECCA A. LEVY
                        Assistant Federal Public Defender
                        Attorney for MELODY KIRKPATRICK

**Background**

Melody Kirkpatrick was indicted in the District of Nevada on May 19, 2022. ECF No. 1. She was charged with two counts—(1) conspiracy to possess with intent to distribute a controlled substance (methamphetamine) and (2) possession with intent to distribute a controlled substance (methamphetamine). Id. Ms. Kirkpatrick had her initial appearance before Magistrate Judge Baldwin in Reno, Nevada on June 1, 2022. ECF No. 9. Ms. Kirkpatrick was released on bond in Reno, Nevada, under the supervision of Pretrial Services. ECF Nos. 9, 18. The Court determined Ms. Kirkpatrick is indigent and the Federal Public Defender's Office was appointed to represent her. ECF No. 14.

A superseding indictment was filed on July 28, 20233. ECF No. 31. Ms. Kirkpatrick was charged under the superseding indictment with three counts—(1) conspiracy to possess with intent to distribute controlled substances (methamphetamine and fentanyl), (2) possession with intent to distribute a controlled substance (fentanyl), and (3) possession with intent to distribute a controlled substance (methamphetamine). Ms. Kirkpatrick was arraigned on the superseding indictment on August 2, 2022, and was continued on the same terms of pretrial release. ECF No. 37.

On May 23, 2023, Ms. Kirkpatrick entered into a plea agreement to participate in the RISE Court.  Since that time, Ms. Kirkpatrick has been participating in RISE Court, including attending court, group meetings, drug treatment and testing.  On March 21, 2024, Ms. Kirkpatrick's conditions of release were modified, after a violation, restricting travel within Nevada. Ms. Kirkpatrick is currently employed full-time.

**Points and Authority**

18 U.S.C. § 3142(c) (3) provides "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." Mrs. Kirkpatrick has a condition that she not travel outside of Nevada. Ms. Kirkpatrick will be traveling to Reno, NV from June 2, 2025 through June 6, 2025 and is requesting that she be allowed to travel during the day to California while visiting Lake Tahoe. The purpose of the travel to Reno, Nevada is to visit with her mother.

Both the government and her pretrial officer agree to these modifications.

**Conclusion**

Ms. Kirkpatrick requests this Court modify her conditions of release and allow her to temporarily visit California June 2, 2025 through June 6, 2025.

DATED: May 27, 2025.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By:  /s/ *Rebecca A. Levy*

REBECCA A. LEVY
Assistant Federal Public Defender
Attorney for Melody Kirkpatrick

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  May 28, 2025